In the Criminal Court of Appeals
State of Texas

PD-1497-15

Clerk, Abel Acosta
RE: In Re Joseph K. Colone Jr.
CCA No. 09-15-00358-CR
Trial court case No. #10-9680, 10-9681, 10-10213

Joseph Colone
JCCF #188962
5030 Hwy 69 South
Beaumont, Tx. 77705

Wednesday, November 25, 2015.

CCA No. PD-1497-15

Dear Mrs. Abel Acosta,

At this time I'm requesting that you file and stamp the enclosed [document] as recieved and filed, and return a copy of date filed and recieved to the address listed below.

Thank you for your time and assistance.

Sincerely,

Joseph K. Colone Jr.
Joseph K. Colone Jr.
JCCF #188962
5030 Hwy 69 South
Beaumont, Tx. 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk

In RE, Joseph K. Colone Jr.

v.

Jefferson County District Clerk,
Jaime Smith; and the 252ND District
Court of Jefferson County, Judge
Raquel West

§
§
§
§
§
§
§

No. 09-15-00358-CR

## "Notice to Nunc Pro-Tunc / Correct Order"

To the Honorable Judge of said court:

Comes Now, Joseph K. Colone Jr. the relator in the above styled and numbered cause files this Notice To Nunc-Pro Tunc Order all following filed Motion, Papers, Writs and attach to; Relator "moves" that this court, all courts higher/lower be "notified" that [he] is what known as a "Layman" of legal law matters, untrained, not licenced under State Bar REQUIRED standards. Thus, courts/clerk should overlook filing errors, practices, and remedies mistakes including time limit over-run. [Also; holiday hinderance - law library is not open].

Furthermore : Relator moves that court be "notified" of hinderance delay of responses of relator for consideration as follows :

(1.) Relator am on segregation lock down. Thus, total limited to law library books, computers, and research sources available.

(2.) Relator because of reason #1 - must request from law library specifics which has a protocal process of request and wait then respond which relator has no control of response time which in turns

[#1 of 2]

do [always] hinders his response time compared to normal population of jail. Relator, "invokes" all afforded rights - immediately!

(3.) Relator must handwrite [all motions] paper and dont have access to copying machine, nor type writers, or ELECTRONIC filing, etc.

Wherefore, Premises Considered, Joseph K. Colone Jr., the relator prays that this Honorable Court enter a NUNC pro tunc order to correct ERROR in the record.

Respectfully Submitted,

Joseph K. Colone Jr.
JOSEPH K. COLONE JR.

"Unsworn Declaration"

I, Joseph K. Colone Jr., being presently incarcerated in the Jefferson County Correctional Facility in Jefferson, Texas, declare under penalty of perjury that the foregoing is true and correct. EXECUTED this date: November 25, 2015.

Joseph K. Colone Jr.

"Certification of Service"

I, Joseph K. Colone Jr., do hereby certify that a true and correct copy of the foregoing Notice to Nunc Pro-Tunc Order has been served by placing the same in the United States Mail, postage prepaid on this date: November 25, 2015, addressed to.... Clerk Abel Acosta, 201 West 14th Street Room #106, Austin, Tx. 78701.

Joseph K. Colone Jr.          11/25/2015
JCCF # 188962
5030 Hwy 69 South
Beaumont, Tx. 77705

[#2 of 2]